UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SRS, INC. | : | |
| | : | |
| Plaintiff | : | Civil Action No. 07-6122(KSH) |
| | : | |
| v. | : | |
| | : | REPORT & RECOMMENDATION |
| AIRFLEX INDUSTRIAL, INC. | : | |
| | : | |
| Defendant | : | |

This matter is before the Court on defendant's motion to dismiss based on lack of personal jurisdiction and forum non conveniens,

and the Court having considered the submissions of the parties;

and for the reasons set forth in the Report and Recommendation delivered on the record on May 5, 2008;[1]

and for good cause,

It is on this 5th day of May, 2008

**RECOMMENDED** that the United States District Judge;

(1) deny the motion to dismiss based upon lack of personal jurisdiction, and

(2) grant the motion to dismiss based upon the doctrine of forum non conveniens.

**THE PARTIES ARE ADVISED** that they have ten (10) days to file and serve objections to the Report and Recommendation delivered in this matter.

s/Patty Shwartz
**United States Magistrate Judge**

---

[1] The parties may contact Chambers to obtain information about obtaining the transcript of the opinion.