UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SRS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRFLEX INDUSTRIAL, INC., <br><br> Defendant. | Civ. Action No. 07-6122 (KSH) <br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 30th day of October 2008,

**ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz (D.E. 15) is adopted and incorporated as the opinion of the Court; and it is further

**ORDERED** that Airflex's motion to dismiss for lack of personal jurisdiction is denied; and it is further

**ORDERED** that Airflex's motion to dismiss for *forum non conveniens* is granted.


/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.